**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | **Case No. 7:14-CR-35-HL** |
| **v.** | **:** | |
| | **:** | |
| **ALLIYAH REEDER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

## ORDER

The Court has considered the joint request by the parties that this case be continued to the

next regularly scheduled term of court in the Valdosta Division, currently set to begin in January

2015, and finds that good cause exists to grant the parties' motion.  Because the Court finds that

the ends of justice served by continuing the case outweigh the best interest of the public and the

defendant in a speedy trial, the period of delay occasioned by this Order shall be excluded from

computations of time required by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this the _15th_ day of _October_, 2014.

_s/ Hugh Lawson_
**HUGH LAWSON, JUDGE**